# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1477
_____

Sonji A. Black Bear

*Plaintiff - Appellant*

v.

Heidi L. Linngren; State Department of Social Services; Jennifer Odegard; Shawndai Standing Cloud; Misty McClaster; Mike Von Savoye; Roxie Erickson; Ilisja Duffy; Paula Pederson; Betsey Harris

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: September 24, 2025
Filed: September 29, 2025
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

South Dakota resident Sonji Black Bear appeals the district court's[1] dismissal of her civil rights action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). After careful review of the record, including the well-reasoned opinion of the district court, we find no basis for reversal. *See Dalton v. NPC Int'l, Inc.*, 932 F.3d 693, 695 (8th Cir. 2019) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.